**Kyle MORRIS, Sharing World Entertainment, LLC, and Readspeak, Inc., Plaintiffs–Appellants,**

v.

**Don MOODY, Gary Friedman, Ira Sockowitz, The Learning Box, LLC, John Lee, Jacqueline Moody, Ready to Learn Partnership, LLC, Word World, LLC, Peter Schneider, Window to the World Communications, Inc., The Public Broadcasting System, Inc., Noah Shube, and Law Offices of Friedman & Shube, Defendants–Appellees,**

and

**John Does 1–10, ABC Corporation, and XYZ Corporation, Defendants.**

Nos. 2010–1329, 2010–1363.

United States Court of Appeals,
Federal Circuit.

Jan. 14, 2011.

Roger L. Fidler, Law Offices of Roger L. Fidler, Midland Park, NJ, and Andrew L. Lee, All Counsel PC, of New York, NY, argued for plaintiffs-appellants.

Brad Richard Newberg, Reed & Smith, LLP, of Falls Church, VA, for defendants-appellees.

Before GAJARSA, DYK, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.